Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
JARROD GUILFORD, EDWARD GARREN, ZACHARY J. WADLE,
CHELSEA B. MAZZA, and COUNTY OF DOUGLAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NOAH RICHARD BACHMAN-DODGE,<br><br>Plaintiff,<br><br>vs.<br><br>JARROD GUILFORD, individually;<br>EDWARD GARREN, individually;<br>ZACHARY J. WADLE, individually;<br>CHELSEA B. MAZZA, individually;<br>COUNTY OF DOUGLAS an unincorporated political subdivision of the State of Nevada;<br>DOE DEFENDANTS 1-30.<br><br>Defendants. | Case No.   3:23-cv-00077-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, NOAH RICHARD BACHMAN-DODGE, and Defendants JARROD GUILFORD, EDWARD GARREN, ZACHARY J. WADLE, CHELSEA B. MAZZA, and COUNTY OF DOUGLAS, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be

///
///
///
///
///
///
///

- 1 -

dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this 21st day of March, 2024.            Dated this 21st day of March, 2024.

                                                        THORNDAL ARMSTRONG, PC

By: _____            By: _____
JULIE BACHMAN, ESQ.                        KATHERINE F. PARKS, ESQ.
Law Offices of Julie Bachman              State Bar No. 6227
P.O. Box 7233                             6590 S. McCarran Blvd, Suite B
400 Dorla Court                           Reno, NV 89509
Stateline, NV 89449                       Attorney for Defendants
                                          JARROD GUILFORD, EDWARD
William J. Routsis, II, Esq.              GARREN, ZACHARY J. WADLE,
1070 Monroe Street                        CHELSEA B. MAZZA, and
Reno, NV 89509                            COUNTY OF DOUGLAS
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED: This 21st day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -